No. 864. FEDERAL TRADE COMMISSION *v.* HENRY BROCH & Co. Certiorari, *ante,* p. 923, to the United States Court of Appeals for the Seventh Circuit. The joint motion for leave to use record in No. 61, October Term, 1959, is granted. *Solicitor General Cox* for petitioner, and *Frederick M. Rowe* for respondent.

No. 1138, Misc. BENSINGER *v.* STEINER, WARDEN;
No. 1154, Misc. SAM *v.* RHAY, PENITENTIARY SUPERINTENDENT;
No. 1162, Misc. TAYLOR ET AL. *v.* VIRGINIA;
No. 1174, Misc. IN RE BOGISH; and
No. 1204, Misc. KONCHICK *v.* CERAUL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1073, Misc. DIMOND *v.* WYOMING ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 992, Misc. ARMSTRONG *v.* DISTRICT COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1101, Misc. BOARD OF PUBLIC INSTRUCTION OF DUVAL COUNTY, FLORIDA, ET AL. *v.* SIMPSON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Fred H. Kent* and *Elliot Adams* for petitioners.